459 A.2d 31

Commonwealth v. Hutson, Appellant.

Submitted February 15, 1983. Hugh Curtis Clark, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., JOHNSON and MONTEMURO, JJ.

Judgment of sentence is affirmed.

459 A.2d 31

Commonwealth v. Kaiser, Appellant.

Submitted December 7, 1981. James R. Protasio, for appellant; Dean N. Livermore, Assistant District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, McEWEN and BECK, JJ.

The judgment of sentence of the learned Lycoming County Common Pleas Court Judge Thomas C. Raup is affirmed.